March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Victor Frias-Garcia      ,
                         Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**TELECONFERENCE**

22-CR-133 ( JGK ) (      )

Defendant _____ Victor Frias-Garcia _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

__X__   Initial Appearance/Appointment of Counsel

_____   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____   Preliminary Hearing on Felony Complaint

_____   Bail/Revocation/Detention Hearing

_____   Status and/or Scheduling Conference

_____   Plea/Trial/Sentence


_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Victor Frias-Garcia
_____
Print Defendant's Name


_____
Defense Counsel's Signature


Michael D. Bradley
_____
Print Defense Counsel's Name


This proceeding was conducted by reliable teleconference technology.

_3/22/22_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge