March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -v-

Victor Frias-Garcia,
           Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -**CR**-133 ( JGK ) (        )

Defendant ____Victor Frias-Garcia____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence


_____
Defendant's Signature
[on behalf of defendant]
(Judge may obtain verbal consent on
Record and Sign for Defendant)

____Victor Frias-Garcia____
Print Defendant's Name

_____
Defense Counsel's Signature

____Michael D. Bradley____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

____July 12, 2022____
Date

_____
U.S. District Judge/U.S. Magistrate Judge