# BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

March 13, 2023

**VIA ECF & E-MAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

3/14/23   /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

Re:   *U.S. v. Victor Frias-Garcia*
      22 Cr. 133 (JGK)

Dear Judge Koeltl:

I represent Victor Frias-Garcia in the above-referenced matter. Mr. Frias-Garcia pleaded guilty on December 21, 2022. His sentencing memorandum is due this Wednesday, March 15, and he is scheduled for sentencing on March 29, 2023. I write to respectfully request a short extension of time to submit defendant's sentencing memorandum, from this Wednesday until Monday, March 20, 2023. Mr. Frias-Garcia does not wish to adjourn his sentencing date. I unexpectedly had to fly to California for a family emergency and a short extension would allow me to attend to family matters and to fully complete his submission. This is the first request for an extension and the Government consents in this request. Accordingly, it is respectfully requested that the Court extend the time to submit defendant's sentencing memorandum, from this Wednesday until Monday, March 20, 2023. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

cc:   AUSA Sarah Kushner (*via ECF*)