UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                -against-

22 cr 133-02 (JGK)

**ORDER**

VICTOR FRIAS-GARCIA,
                      Defendant.
------------------------------------------------------------X

        The defendant, Victor Frias-Garcia, having been sentenced to time served, is hereby ordered released, pending no detainers, from the custody of the Bureau of Prisons and the United States Marshal.

**SO ORDERED.**

                                                                **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 29, 2023